# UNITED STATES DISTRICT COURT

## District of Minnesota

Julie Dalton,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 24-cv-1317 PAM/DTS

Talbots, Inc., The,

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED with prejudice**, and without costs or attorney's fees to any party.

Date: 11/1/2024

KATE M. FOGARTY, CLERK